IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

T.B, *et al*,

    Plaintiff,

v.

THE UNITED STATES DEPARTMENT OF STATE., *et al*.,

    Defendants.

No.  22-cv-2061

[Proposed] Order GRANTING JOINT MOTION FOR ENTRY OF FINAL JUDGMENT; JUDGMENT

The Court **GRANTS** the Parties' Joint Motion for Entry of Final Judgment. The Court hereby enters final judgment for the Plaintiffs on Count V, a claim under 8 U.S.C. § 1503(a), and declares that [A.B.] has been a citizen and national of the United States since his birth. The Court dismisses the remaining claims in this action (Counts I-IV) with prejudice.

It is **SO ORDERED** this  5th  day of   August  , 2022.

*Maxine M. Chesney*
The Honorable Maxine M. Chesney
United States District Judge

[Proposed] Order
No.  22-cv-2061